**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB-15

UNITED STATES OF AMERICA,

    Plaintiff,

v.

15. CYRIL KIM,

    Defendant.

---

### MINUTE ORDER[1]

---

On February 17, 2010, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1. That the change of plea hearing is set for **April 16, 2010**, commencing at 8:30 a.m.; and

2. That the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: February 17, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.